UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANTIAGO RIOS,<br>Individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>WCA WASTE CORPORATION<br><br>*Defendant.* | Civil Action No. 4:18-cv-01503<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. §216(b) |

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO JOIN

COMES NOW, Plaintiff SANTIAGO RIOS, individually and on behalf of all others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Consents to Join pursuant to 29 U.S.C. § 216(b):

### NOTICES OF CONSENT

1. Jason Anderson
2. Darron Bell
3. Hector R. Benitez
4. Elias Bernal
5. Johnny Bias, III
6. Carey Bidwell
7. Bruce Bivens
8. Corey Boykin
9. Antoine Brown
10. Terrance E. Bryant
11. Gary Chaney
12. Davarin L. Coleman
13. Frank Collier
14. Carlos M. Collins, Sr.
15. Richard Costa
16. Wayne Countryman
17. Christopher Darkins
18. Edward Deckard
19. Thomas Durr
20. Brian Easly
21. Rodelle Elie
22. Eric Slack
23. Brett W. Essary
24. Evan Evans
25. Antonio Fernandez
26. Thomas Fontanille
27. Artrez L. Franklin
28. Toney Gammage
29. Armando Garcia
30. Carlos H. Gomez
31. Rufus Graves
32. Jason Gray
33. Muhammad Greathouse
34. Shaun Hanceross
35. David J. Heath
36. Jeffrey C. Heiderbrink
37. Tarron Henry
38. Keith Hewett
39. Carlos Hunter
40. Damian Jenkins
41. Dillon Johnson
42. Sarah Johnson

43. Teriel L. Johnson
44. CeDarius Jones
45. Kevin Jones
46. Larry D. Jones

Dated: February 22, 2019

Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
Federal I.D. No. 1122168
Texas Bar No. 24071993
lauren@a2xlaw.com
**Alan Clifton Gordon**
Federal I.D. No. 19259
Texas Bar No. 00793838
cgordon@a2xlaw.com
**Carter T. Hastings**
Federal I.D. No. 3101064
Texas Bar No. 24101879
carter@a2xlaw.com
**George Schimmel**
Federal I.D. No. 2338068
Texas Bar No. 24033039
geordie@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Attorneys in Charge for Plaintiff and the Putative Class Members***

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander