## CONSENT TO JOIN WAGE CLAIM AGAINST
## WCA WASTE CORPORATION

Name: _William S. Knight_

1. I consent, agree, and opt-in to the lawsuit filed against WCA Waste Corporation titled *Santiago Rios, et al. v. WCA Waste Corporation*, 4:18-cv-01503 (S.D. Tex.) ("the Lawsuit"), to pursue my claims of unpaid overtime under the Fair Labor Standards Act ("FLSA") against WCA.

2. I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at ANDERSON ALEXANDER, PLLC, as my attorneys to prosecute my wage claims in the Lawsuit.

4. I consent to having the Representative Plaintiff in the complaint against WCA, make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiff's Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

Signature: _S. Knight_     Date: _2-15-19_