United States District Court
Southern District of Texas
**ENTERED**
May 06, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Santiago Rios,<br>    Plaintiff,<br><br>v.<br><br>WCA Waste Corporation,<br>    Defendant. | CIVIL ACTION NO. H-18-1503 |

# ORDER

In accordance with the Agreed Stipulation of Dismissal filed on May 3, 2019 (docket entry no. 55), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 6th day of April, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE